# UNITED STATES DISTRICT COURT

FOR THE

Western District of Texas

UNITED STATES OF AMERICA

v.  Crim. No. DR-00-CR-599(1)FB

JENNIFER JO BARNES

On   September 15, 2006  , the above-named was placed on supervised release for a period of   5   years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Supervising U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of   March  ,   2009  .

United States District Judge
FRED BIERY